IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CHARLES CLANCY,<br><br>       Plaintiff,<br><br>  v.<br><br>RELIANCE STANDARD LIFE<br>INSURANCE COMPANY, et al.<br><br>       Defendants. | Civil No. 07-127 (RBK) |

## AMENDED SCHEDULING ORDER

**IT IS** this **9th** day of **May, 2008,** hereby **ORDERED:**

     1.   All current deadlines it the case are stayed pending the parties' mediation on August 4, 2008.

     2.   The Court will conduct a telephone status conference on **August 14, 2008 at 9:30 a.m.** **Plaintiff's counsel shall initiate the telephone conference.**

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F**ED**. R. C**IV**. P. 16(f).**

                                             s/Joel Schneider
                                             JOEL SCHNEIDER
                                             United States Magistrate Judge